UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TONY KIRKLAND,

    Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:17-mj-00282-PJG-13

## **ORDER OF DETENTION**

Defendant appeared before me with counsel on September 7, 2017, for a detention hearing on the complaint, which charges defendant with conspiracy to possess with intent to distribute and to distribute heroin and cocaine in violation of 21 U.S.C. Sections 846, 841(a)(1), 841(b)(1)(A) and (C). On the record in open court, defendant knowingly and voluntarily waived his rights to this hearing. Accordingly;

**IT IS ORDERED** that defendant be and hereby is bound over for further proceedings before the grand jury pursuant to FED. R. CRIM. P. 5.1.

**IT IS FURTHER ORDERED** that defendant is committed to the custody of the Attorney General until further order of the court.

Date September 7, 2017

   /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge